**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sherman McCoy, | |
| *Plaintiff,* | CIVIL ACTION NO. 21-1458 |
| v. | Lead Case |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Jamaal Simmons, | |
| *Plaintiff,* | CIVIL ACTION NO. 19-1648 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| James Frazier, | |
| *Plaintiff,* | CIVIL ACTION NO. 19-1692 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Arkel Garcia, | |
| *Plaintiff,* | CIVIL ACTION NO. 21-2884 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |

Marvin Hill,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 23-1002

---

Rafiq Dixon,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 23-1650

---

Dwayne Handy,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 24-1905

---

Curtis Kingwood,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 24-4681

| | |
|---|---|
| Ronald Thomas,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 24-4914 |
| Donta Regusters,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 25-865 |
| Corey Gibbs,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 25-2810 |
| Neftali Velazquez,<br><br>   *Plaintiff,*<br><br> v.<br><br>City of Philadelphia, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 25-3720 |

## <u>ORDER</u>

**AND NOW**, this 25th day of June, 2026, upon consideration of the plaintiffs'

Motion for Reconsideration (Dkt. No. 183), the City's response (Dkt. No. 185), the

plaintiffs' reply (Dkt. No. 188) and the plaintiffs' post-briefing submission (Dkt.

No. 192), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.